IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHARLES B. JONES**, <br><br>         Plaintiff, <br><br>    v. <br><br> **NORTHWEST CASCADES, INC.**, d/b/a **Honey Bucket, a foreign corporation; JEWELL HART**, <br><br>         Defendants. | Case No. 3:20-cv-01223-YY <br><br> **ORDER** |

**IMMERGUT, District Judge.**

On December 7, 2020, Magistrate Judge Youlee Yim You issued her Findings and Recommendations (F&R), ECF 18. The F&R recommends that Plaintiff's Motion to Remand, ECF 6, should be granted in part and denied in part. No party has filed objections.

### DISCUSSION

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or

PAGE 1 – ORDER

recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, sua sponte" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge You's conclusions. The F&R, ECF 18, is adopted in full. Plaintiff's Motion to Remand, ECF 6, is GRANTED IN PART in that the case will be remanded to Multnomah County Circuit Court and DENIED IN PART with regard to Plaintiff's request for attorney's fees and costs.

**IT IS SO ORDERED**.

DATED this 6th day of January, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge